Gerald D. Lane Jr., CA # 352470
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 33305
Phone: (754) 444-7539

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIANE BRALY, *individually and on behalf of all those similarly situated,*<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BIO TRUST NUTRITION, LLC,<br><br>　　　　　Defendant. | Case No.: 2:25-cv-01710-MWC-SK<br><br>**Hon. Michelle Williams Court**<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

　　　Plaintiff Diane Braly, individually, and Defendant Bio Trust Nutrition, LLC, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Voluntary Dismissal *without* Prejudice of the above-styled action. Plaintiff and Defendant shall each bear their own attorneys' fees and costs.

Dated: July 11, 2025

Respectfully Submitted,

/s/ Gerald D. Lane, Jr.
**GERALD D. LANE, JR., ESQ.**
California Bar No.: 352470
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 33305
Phone: (754) 444-7539

*Counsel for Plaintiff*

/s/ Ryan Douglas Ball
Ryan Douglas Ball
Jones Day
3161 Michelson Drive Suite 800
Irvine, CA 92612-4408
949-851-3939
Fax: 949-553-7539
Email: rball@jonesday.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 11, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Gerald D. Lane, Jr.
GERALD D. LANE, JR., ESQ.
California Bar No.: 352470